Per Curiam. Each of these appellants appeals from a judgment of the Superior Court sustaining the revocation of his license to practice medicine by the State Department of Health under circumstances identical in all material respects with those involved in *Mower* v. *State Department of Health, ante,* p. 74. The issues raised are determined adversely to the appellants by our decision in that case.

There is no error in any of these appeals.

William D. MacCormack *vs.* The State Department of Health.
Samuel Posner *vs.* The State Department of Health.
Raymond C. Prisque *vs.* The State Department of Health.

Third Judicial District, Bridgeport, April Term, 1928.
Maltbie, Haines, Hinman, Banks and Wolfe, Js.

Argued April 17th—decided June 18th, 1928.

*William F. D. Kilpatrick,* for the appellants (plaintiffs MacCormack, Posner and Prisque).

*James W. Carpenter*, with whom, on the brief, were *Benjamin W. Alling*, Attorney General, *Cyril Coleman* and *J. H. Bartholomew, Jr.*, for the appellees (defendants).

PER CURIAM. Each of these appellants appeals from a judgment of the Superior Court sustaining the revocation of his license to practice medicine by the State Department of Health under circumstances identical in all material respects with those involved in *Mower* v. *State Department of Health, ante,* p. 74. The issues raised are determined adversely to the appellants by our decision in that case.

There is no error in any of these appeals.

DAVID K. ARONSON *vs.* THE STATE DEPARTMENT OF HEALTH ET AL.
JAMES BOCKMAN *vs.* THE STATE DEPARTMENT OF HEALTH ET AL.
AURELIUS R. DEJANIS *vs.* THE STATE DEPARTMENT OF HEALTH ET AL.
MICHAEL M. J'ANTHONY *vs.* THE STATE DEPARTMENT OF HEALTH ET AL.

Third Judicial District, Bridgeport, April Term, 1928.
MALTBIE, HAINES, HINMAN, BANKS and WOLFE, Js.